# Order

Michigan Supreme Court
Lansing, Michigan

April 21, 2006

130752

JENNIFER LYNN ELIZANDO, f/k/a
JENNIFER LYNN CHEESEBRO,
      Plaintiff-Appellant,

v

JASON CHRISTOPHER GOFF,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130752
COA: 265072
Genesee CC: 01-232606-DS

On order of the Court, the application for leave to appeal the February 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2006

Clerk

p0418